IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM PATTON
(ADC #169395)                                                                   PETITIONER

V.                          NO. 4:21-cv-00259-KGB-JTK

DEXTER PAYNE, DIRECTOR,
ARKANSAS DIVISION OF
CORRECTION                                                                      RESPONDENT

## MOTION TO WITHDRAW

The undersigned moves the Court for leave to withdraw from his representation of the petitioner, Adam Patton. Lambert offers the following in support:

1. The services of counsel (Craig Lambert) for the petitioner, Adam Patton, were terminated on Saturday August 26. If necessary, Lambert can provide the Court with the text messages confirming this.

2. Accordingly, Lambert seeks leave to be relieved from his representation of the petitioner, Adam Patton.

WHEREFORE, Craig Lambert prays for leave to withdraw from his representation of the petitioner, Adam Patton.

Respectfully submitted

/s/ Craig Lambert
Craig Lambert
Ark. Bar No. 87100
P.O. Box 839
Heber Springs, AR 72543
(501) 374-3559
wclambert@aol.com

1