IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM PATTON                                                                                              PETITIONER
*ADC #169395*

V.                                          Case No. 4:21-cv-000259-KGB-JTK

DEXTER PAYNE                                                                                          RESPONDENT
*Director, ADC*

## ORDER

Pending before the Court is a Motion to Withdraw filed by Craig Lambert, attorney for Petitioner Adam Patton. (Doc. No. 9) Mr. Lambert requested to withdraw from representing Mr. Patton. Because the Court was without sufficient information to grant or deny the request, on October 3, 2023, the Court ordered Mr. Lambert and Mr. Patton to provide further explanation and documentation to support and/or oppose the relief sought within the imposed 30-day deadline. (Doc. No. 10)

Mr. Lambert responded, and while Mr. Patton did not directly respond as ordered by the Court, his mother, Sharon Patton, responded instead. On behalf of Mr. Patton, she emailed and called the Court. Mr. Lambert and Ms. Patton both indicated that the pending motion was the result of a heated argument between the two and that all involved preferred Mr. Lambert to remain on the case.

Because Ms. Patton is not a party to the case, the Court scheduled an ex parte motion hearing with Mr. Lambert and Mr. Patton to discuss the pending motion. Mr. Patton explained that he did not directly respond to the Court's Order dated October 3, 2023, but that he did want Mr. Lambert to continue to represent him despite the exchange between Mr. Lambert and his mother.

1

Mr. Lambert stated that he would like to continue representing Mr. Patton. Therefore, Mr. Lambert's motion (Doc. No. 9) is DENIED.

SO ORDERED this 14th day of December, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE