THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADAM PATTON                                                                                    PETITIONER
ADC #169395

v.                                  Case No. 4:21-cv-00259-KGB

DEXTER PAYNE                                                                                   RESPONDENT

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15-1). Petitioner Adam Patton filed objections to the Recommendation, and defendant Dexter Payne filed a response to the objections (Dkt. Nos. 19; 20). After review of the Recommendation, objections, and response to the objections, and after a *de novo* review of the record, the Court adopts the Recommendation (Dkt. No. 15-1).

The Court writes to address the objections. Mr. Patton is currently serving a 26-year sentence in the Arkansas Division of Correction (Dkt. No. 1, at 5). Mr. Patton's claims arise out of the state trial court's decision not to appoint counsel to represent him at the trial that resulted in his conviction (*Id.*). Mr. Patton's objections largely re-use the language of his petition for writ of *habeas corpus* (Dkt. Nos. 1; 19). Regarding several issues addressed by the Recommendation—whether waiver of Mr. Patton's Sixth Amendment right to counsel was at issue in this case, the decision of the state trial court to allow Mr. Patton's previous attorney to withdraw, and the decision of the state trial court that Mr. Patton was not indigent—after careful review of the Recommendation, Mr. Patton's objections, the response to the objections, and a *de* novo review of the record, the Court finds that Mr. Patton's objections break no new ground and fail to rebut the Recommendation. The Court adopts the Recommendation.

For the foregoing reasons, the Court adopts the Recommendation (Dkt. No. 15-1). The Court denies Mr. Patton's petition for writ of *habeas corpus* (Dkt. No. 1). The Court dismisses with prejudice this *habeas* action. The Court declines to issue a certificate of appealability. Mr. Patton may still apply to the Eighth Circuit for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 30th day of September, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge