THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM PATTON** **PETITIONER**
**ADC #169395**

v. Case No. 4:21-cv-00259-KGB

**DEXTER PAYNE** **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Adam Patton's claims are dismissed with prejudice.

It is so adjudged this 30th day of September, 2024.

_____
Kristine G. Baker
Chief United States District Judge